**Dismissed and Memorandum Opinion filed February 21, 2019.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-18-00964-CV

---

### SANDRA REYES, Appellant

### V.

### AURORA REYES, Appellee

---

**On Appeal from the County Civil Court at Law No. 3
Harris County, Texas
Trial Court Cause No. 1118437**

---

## MEMORANDUM OPINION

This is an appeal from a judgment signed October 22, 2018. The clerk's record was filed November 14, 2018. The reporter's record was filed November 9, 2018. No brief was filed.

On January 10, 2019, this court issued an order stating that unless appellant filed a brief on or before January 25, 2019, the court would dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

Appellant filed no brief or other response. Accordingly, the appeal is ordered dismissed.


PER CURIAM


Panel consists of Chief Justice Frost and Justices Jewell and Bourliot.